# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 6:22-mj-00001-HBK |
| ) | |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| ) | |
| ROCHELLE TAFOYA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** Violating 36 CFR §2.35(c) and 36 CFR §2.32(a)(1)

**Sentence Date:** June 28, 2022

**Review Hearing Date:** May 16, 2023

**Probation Expires On:** June 28, 2023

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $850 which Total Amount is made up of a Fine: $ 830 Special Assessment: $ 20   Processing Fee: $ Choose an item. Restitution: $

☐ Payment schedule of $    per month by the    of each month.

☒ **Community Service hours Imposed of:** 10

☒ **Other Conditions:** abstain from use of alcohol and not frequent places with primary purpose to sell alcohol

## *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $ 850
Ms. Tafoya paid $425 and has provided proof that she sent her final payment of $425 to the US District Court. However, her payment has not been processed, so it still shows the final $425 as outstanding. Counsel expects that to be processed early this week.
☐ If not paid in full when was last time payment:   Date: January 2023 Click here to enter a date.
   Amount:   $425

☒ To date, Defendant has performed 10 hours of community service.

☒ Compliance with Other Conditions of Probation: all

### GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: Sean O. Anderson

### DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 5/16/2023 at 10:00am Choose an item.

☒ be continued to 6/13/2023 at 10:00 a.m.; or

☐ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: 5/15/2023

/s/ Kara R. Ottervanger
DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing set for May 16, 2023 at 10:00 a.m. be continued to June 13, 2023 at 10:00 a.m.

☐ DENIED.

DATED: 05/15/2023

**HELENA M. BARCH-KUCHTA**
United States Magistrate Judge